ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Pontchartrain Partners, LLC | ) ASBCA No. 63439-ADR |
| | ) |
| Under Contract No. NNK16EA18B | ) |

APPEARANCE FOR THE APPELLANT:      James R. Washington, III, Esq.
                                                            Counsel

APPEARANCES FOR THE GOVERNMENT:   Scott W. Barber, Esq.
                                                            NASA Chief Trial Attorney
                                                            Marshall D. McKellar, Esq.
                                                            Trial Attorney
                                                            Kennedy Space Center, FL

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 13, 2023

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63439-ADR, Appeal of Pontchartrain Partners, LLC, rendered in conformance with the Board's Charter.

Dated:  April 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals